UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE PROJECT,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES et al.,

        Defendants.

19cv8905 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-20-19

---

JOHN G. KOELTL, District Judge:

The parties should submit a status report to the Court by December 6, 2019.

SO ORDERED.

Dated:   New York, New York
        November 19, 2019

                                        John G. Koeltl
                                      United States District Judge