UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE PROJECT,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al,

        Defendants.

---

19cv8905 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

A conference in this case is scheduled for **January 20, 2020** at **4:30 PM**. Agency counsel for United States Citizenship and Immigration Services is directed to appear.

**SO ORDERED.**

Dated: New York, New York
January 13, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge