```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-15-2020

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al.,

        Defendants.

19cv8905 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The conference in this matter will be held on **January 21, 2020** at **4:30 PM**.

SO ORDERED.

Dated:    New York, New York
          January 15, 2020

                                                                             John G. Koeltl
                                              United States District Judge