UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1-22-2020

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al.,

        Defendants.

19cv8905 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should give the Court a status report by **January 28, 2020** setting out their respective positions with respect to the acceleration of the production of documents.

SO ORDERED.

Dated:    New York, New York
          January 21, 2020

                                      John G. Koeltl
                                  United States District Judge