UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

                Plaintiff,

    - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

                Defendants.
───────────────────────────────

19 cv 8905 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 11, 2021 is adjourned until June 15, 2021 at 2:30 p.m.  Dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

Dated:    New York, New York
           June 10, 2021

                                    John G. Koeltl
                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021