UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

            Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

            Defendant.

19-cv-8905 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the parties' joint letter dated May 12, 2023. ECF No. 111. The parties are directed to appear, by phone, for a conference on **May 17, 2023**, at **1:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    This case is **stayed** pending the conference with the Court.

SO ORDERED.

Dated:    New York, New York
           May 12, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge