UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,                                         19-cv-8905 (JGK)

                         Plaintiff,              ORDER

           - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

                         Defendants.

---

JOHN G. KOELTL, District Judge:

     For the reasons stated during today's telephone conference,
the cross-motions for summary judgment (ECF Nos. 86, 90) are
**denied without prejudice.** The parties' motion for an extension of
time to complete briefing on those motions (ECF No. 111) is **denied
as moot.**

     The parties shall file a status report by **June 12, 2023.** If
the parties have not reached a settlement by that date, the status
report should include a proposed schedule for briefing on renewed
cross-motions for summary judgment. In the status report, the
parties also should advise whether they seek a reference to the
Magistrate Judge for settlement or for all purposes.

     The Clerk is directed to close ECF Nos. 86, 90, and 111.

SO ORDERED.

Dated:    New York, New York
          May 17, 2023

                                   John G. Koeltl
                              United States District Judge