UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,                                          19-cv-8905 (JGK)

                          Plaintiff,             ORDER

          - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

     The Clerk is directed to lift the stay of this action issued

on May 12, 2023 (ECF No. 112).

SO ORDERED.

Dated:    New York, New York
          May 17, 2023

                                        John G. Koeltl
                              United States District Judge